**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Robert Joseph Ventimiglia<br>& Angelique Mari Ventimiglia,<br><br>Debtors | Chapter 13<br>Case No. 21-10060 |

## ORDER REGARDING MOTION TO DISMISS

On July 7, 2021, the Court conducted a hearing on the Trustee's Motion to Dismiss [Dkt. No. 21] (the "Motion") and continued the Motion for further hearing on August 12, 2021. The Motion centers in part on the Trustee's report that the Debtors have failed to comply with their obligation to appear and be examined at a meeting of creditors.

During the hearing, the Court suggested that the meeting of creditors should either be continued or the time for calling the meeting under Fed. R. Bankr. P. 2003(a) should and could be enlarged under Fed. R. Bankr. P. 9006(b)(1). The latter suggestion was in error. The window prescribed for calling the meeting of creditors under Rule 2003(a) can neither be enlarged nor reduced. *See* Fed. R. Bankr. P. 9006(b)(2), (c)(2). That said, there is nothing on the docket that indicates that the meeting of creditors cannot be continued. The following chronology illustrates the point: On March 15, 2021, the Court issued a notice that the meeting of creditors would be held on April 29, 2021. [Dkt. No. 5.] Then, on April 30, 2021, the trustee made an entry on the docket indicating that the meeting had been continued to May 10, 2021. On May 10, 2021, the trustee made multiple docket entries regarding the meeting of creditors. First, he indicated that the Debtors had appeared for the meeting, and that the meeting had been held and concluded. Second, he indicated that the meeting had been continued to June 4, 2021. Third, a corrective

entry suggested that the first entry (meeting held and concluded) had been docketed in error. Later, on June 4, 2021, the trustee made a docket entry indicating that the meeting of creditors had been continued to June 11, 2021. And, finally, on June 11, 2021, the trustee made the following docket entry: "Meeting of Creditors Not Held. Debtor absent. Joint debtor absent."

Because the docket does not indicate that the meeting of creditors was, in fact, concluded, the trustee can continue it. The Court hereby orders the trustee to schedule a continued meeting of creditors prior to the continued hearing on the Motion. If the Debtors do not attend the continued meeting of creditors or provide legible identification documents to the Trustee prior to the continued meeting, and if the Trustee files a notice on the docket to that effect, this case will likely be dismissed without further notice or opportunity for hearing.

Dated: July 8, 2021

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine